UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IME WATCHDOG, INC.,

                              Plaintiff,

    -against-

JEFF BEIBEN, MARK PURIFICATI, FARI GUTIERREZ, CHRISTIAN HOGARTH, TIFFANY URIBE, DAVID SEGOVIA, and DIRECT IME SERVICES LLC,

                            Defendants.

-----------------------------------------------------------------X

Case No.: 1:25-cv-10218

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Jamie S. Felsen, Esq. hereby appears as counsel for Plaintiff in the above captioned matter. I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Dated: Lake Success, New York
         December 10, 2025

**MILMAN LABUDA LAW GROUP PLLC**

By:   */s/ Jamie S. Felsen,*
Jamie S. Felsen, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
jamie@mllaborlaw.com
*Attorneys for Plaintiff*