AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| IME WATCHDOG, INC.,<br><br>*Plaintiff(s)*<br>v.<br>JEFF BEIBEN, MARK PURIFICATI, FARI GUTIERREZ, CHRISTIAN HOGARTH, TIFFANY URIBE, DAVID SEGOVIA, and DIRECT IME SERVICES LLC<br>*Defendant(s)* | Civil Action No. 1:25-cv-10218 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JEFF BEIBEN
5826 83rd Place
Middle Village, NY 11379

See Rider for additional Defendants

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SAGE LEGAL LLC                     MILMAN LABUDA LAW GROUP PLLC
Emanuel Kataev, Esq.               Jamie Felsen, Esq.
18211 Jamaica Avenue               3000 Marcus Ave. Suite 3W8
Jamaica, NY 11042-1073             Lake Success, NY 11042
(718) 412-2421                     (516) 328-8899
emanuel@sagelegal.nyc              jamiefelsen@mllaborlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/12/2025                                     /S/ V. BRAHIMI
                                                     *Signature of Clerk or Deputy Clerk*



## RIDER TO SUMMONS IN A CIVIL ACTION

*IME Watchdog, Inc. v. Jeff Beiben et al.*

Case No.: 1:25-cv-10218

<u>Additional Defendants to be Served</u>:

Mark Purificati
50-19 104th Street
Corona, NY 11368

Fari Gutierrez
8117 102nd Avenue, Apt. 1
Ozone Park, NY 11416

Christian Hogarth
7901 4th Ave. Apt. F3
Brooklyn, NY 11209

Tiffany Uribe
5019 104th Street
Corona, NY 11368

David Segovia
8521 Lefferts Blvd. Apt D5
Kew Gardens, NY 11415

Direct IME Services LLC
50-19 104th Street
Corona, NY 11368

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-10218

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____                              _____
                                              *Server's signature*

                                              _____
                                              *Printed name and title*

                                              _____
                                              *Server's address*

Additional information regarding attempted service, etc: