# RETURN OF SERVICE

**State of New York**  **County of Southern**  **United States Distict Court**

Index Number: 1:25-CV-10218
Date Filed: 12/12/2025

Plaintiff: **IME WATCHDOG, INC.,**
vs.
Defendant: **JEFF BEIBEN, MARK PURIFICATI, FARI GUTIERREZ, CHRISTIAN HOGARTH, TIFFANY URIBE, DAVID SEGOVIA, and DIRECT IME SERVICES LLC**

For:
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042

Received by Nicoletti & Harris to be served on **JEFF BEIBEN, 5826 83rd Place, Middle Village, NY 11379**.

I, Alan Feldman, do hereby affirm that on the **15th day of December, 2025** at **9:26 am, I:**

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **Summons in a Civil Case with Complaint** with **Jane Doe** the **Co tenant**, at **5826 83rd Place, Middle Village, NY 11379**, the said premises being the respondent's place of **Abode** within the State of New York.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Perceived Description** of Person Served: Age: 46, Gender: F, Race: White, Height: 5'4", Weight: 150, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

_____
Alan Feldman
2058467

**Nicoletti & Harris**
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2025030670

I, Ana Sanchez completed service by mailing a true copy of the Summons in a Civil Case with Complaint in a postpaid envelope addressed to: JEFF BEIBEN at 5826 83rd Place, Middle Village, NY 11379 and bearing the words "Personal & Confidential" by First Class Mail on 12/15/2025 and placed in an official depository of the U.S.P.S. in the State of New York.

_____
Ana Sanchez