# RETURN OF SERVICE

**State of New York**  **County of Southern**  **United States Distict Court**

Index Number: 1:25-CV-10218
Date Filed: 12/12/2025

Plaintiff: **IME WATCHDOG, INC.,**
vs.
Defendant: **JEFF BEIBEN, MARK PURIFICATI, FARI GUTIERREZ, CHRISTIAN HOGARTH, TIFFANY URIBE, DAVID SEGOVIA, and DIRECT IME SERVICES LLC**

For:
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042

Received by Nicoletti & Harris to be served on **Direct IME Services LLC, 50-19 104th Street, Corona, NY 11368**.

I, Alan Feldman, do hereby affirm that on the **15th day of December, 2025** at **9:50 am**, I:

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Case with Complaint** with the date and hour of service endorsed thereon by me, to: **Felicia Purificati** as **Partner - Authorized to accept** for **Direct IME Services LLC**, at the address of: **50-19 104th Street, Corona, NY 11368**, and informed said person of the contents therein, in compliance with state statutes.

The entity served was known to be the corporation described in the papers. The title of the individual named above was known. I inquired whether the individual was authorized to accept service, received an affirmative response, and served the papers accordingly

**Perceived Description** of Person Served: Age: 65, Gender: F, Race: White, Height: 5'2", Weight: 135, Hair: Blonde, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

_____
Alan Feldman
2058467

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2025030675

