UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
IME WATCHDOG, INC.,                                        :
:
                        Plaintiff,          :
:               25-CV-10218 (VSB)
        -against-                                 :
:              **ORDER OF REFERENCE**
JEFF BEIBEN, *et al.*,                                     :
:
                      Defendants.    :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

    The above-entitled action is referred to the designated Magistrate Judge for the following purposes:

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute: | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| ____ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ____ | Habeas Corpus |
| ____ | Settlement | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: |

SO ORDERED.
Dated:     December 17, 2025
               New York, New York

                                                        Vernon S. Broderick
                                                          United States District Judge