# RETURN OF SERVICE

**State of New York**  **County of Southern**  **United States Distict Court**

Index Number: 1:25-CV-10218
Date Filed: 12/12/2025

Plaintiff: **IME WATCHDOG, INC.,**
vs.
Defendant: **JEFF BEIBEN, MARK PURIFICATI, FARI GUTIERREZ, CHRISTIAN HOGARTH, TIFFANY URIBE, DAVID SEGOVIA, and DIRECT IME SERVICES LLC**

For:
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042

Received by Nicoletti & Harris to be served on **Christian Hogarth, 7901 4th Ave., Apt. F3, Brooklyn, NY 11209**.

I, Jesus Rosa, do hereby affirm that on the **18th day of December, 2025 at 8:22 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Case with Complaint** with the date and hour of service endorsed thereon by me, to: **Christian Hogarth** at the address of: **7901 4th Ave., Apt. F3, Brooklyn, NY 11209**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** The person served with said documents refused to state whether or not the Defendant is in the Military Service of the United States of America.

**Perceived Description** of Person Served: Age: 45, Gender: M, Race: AmericanIndian, Height: 5'7", Weight: 165, Hair: Hat, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

Jesus Rosa
2125384

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2025030679

