UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IME WATCHDOG, INC.,<br><br>       Plaintiff,<br><br>  -against-<br><br>JEFF BEIBEN, et al.,<br><br>       Defendants. | 25-CV-10218 (VSB) (RFT)<br><br>**<u>ORDER</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  On December 10, 2025, Plaintiff IME WatchDog, Inc. commenced this action against individual Defendants Jeff Beiben, Mark Purificati, Fari Gutierrez, Christian Hogarth, Tiffany Uribe, and David Segovia (the "Individual Defendants"), and corporate Defendant Direct IME Services LLC. (*See* ECF 1, Compl.) Between December 16 and December 28, 2025, Plaintiff served copies of the summons and Complaint on each Defendant, and all Defendants were required to respond to the Complaint between January 5 and January 8, 2026. (ECF 7; ECF 8; ECF 9; ECF 10; ECF 11; ECF 13; ECF 14.) To date, Defendants have not responded to the Complaint. Defendants' time to respond to the Complaint is extended nunc pro tunc until **January 23, 2026.**

  By **January 13, 2026**, Plaintiff shall serve a copy of the summons, the Complaint, and this order: (1) by mail on each Individual Defendant; (2) by mail at Direct IME Services LLC's principal place of business, identified in the Complaint as 1733 Woodlark Way, Winter Garden, FL 34787; and (3) by email to all Defendants' email addresses known to Plaintiff. Plaintiff shall file proof of such service on the docket by **January 13, 2026**.

Defendants are admonished that failure to respond to the Complaint may result in Plaintiff being directed to begin the process of seeking a default judgment against Defendants.

Dated: January 9, 2026
New York, NY

SO ORDERED,

_____
ROBYN F. TANOFSKY
United States Magistrate Judge