UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

IME WatchDog, Inc., Plaintiff,

v.

**Jeff Beiben, Mark Purificati, Fari Gutierrez, Christian Hogarth, Tiffany Uribe, and David Segovia**, Defendants.

**Case No. 1:25-cv-10218 Hon. Vernon S. Broderick, U.S.D.J.**

**LETTER RE: CORRECTIVE FILING DUE TO INADVERTENT CLERICAL ERROR**

Dear Judge Broderick:

Defendants, appearing pro se, respectfully submit this letter to advise the Court that Defendants timely prepared and attempted to submit their response(s) on December 22, 2025. Due to an inadvertent clerical error, the submission was delivered to the incorrect court and therefore was not docketed in this action.

Upon learning of the error, Defendants promptly corrected it and respectfully request that the attached filings be accepted for filing nunc pro tunc to December 22, 2025, or otherwise accepted as of the date they are entered on the docket.

Defendants submit this corrective letter in good faith. Copies of this letter and the attached filings have been served on Plaintiff's counsel.

Thank you for the Court's time and consideration.

Respectfully submitted,

Dated: January 10, 2026,

/s/ Jeff Beiben Jeff Beiben, Pro Se

/s/ Mark Purificati Mark Purificati, Pro Se

/s/ Fari Gutierrez Fari Gutierrez, Pro Se

/s/ Christian Hogarth Christian Hogarth, Pro Se

/s/ Tiffany Uribe Tiffany Uribe, Pro Se

/s/ David Segovia David Segovia, Pro Se

.