UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

RECEIVED
25 DEC 22 PM 4:38
U.S. COURT OF APPEALS
SECOND CIRCUIT
NIGHT DEPOSITORY

IME WATCHDOG, INC.

Plaintiff,

v.

JEFF BEIBEN, MARK PURIFICATI, FARI GUTIERREZ,

CHRISTIAN HOGARTH, TIFFANY URIBE, DAVID SEGOVIA,

and DIRECT IME SERVICES LLC,

Defendants.

Case No. 1:25-cv-10218 (VSB)

**INDIVIDUAL DEFENDANTS' NOTICE OF MOTION TO DISMISS**

**AND MEMORANDUM OF LAW IN SUPPORT**

PLEASE TAKE NOTICE that Defendants Jeff Beiben, Mark Purificati, Fari Gutierrez, Christian Hogarth, Tiffany Uribe, and David Segovia (collectively, the "Individual Defendants"), appearing pro se, hereby move this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an order dismissing the Complaint as to the Individual Defendants in its entirety for failure to state a claim upon which relief can be granted.

At minimum, the Individual Defendants seek dismissal of: (1) the Second Cause of Action for "Injunctive Relief" (injunctive relief is a remedy, not an independent cause of action); and (2) the