December 22, 2025
VIA ECF

RECEIVED
25 DEC 22 PM 4:38
U.S. COURT OF APPEALS
SECOND CIRCUIT
NIGHT DEPOSITORY

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 518
New York, NY 10007

Re: IME WatchDog, Inc. v. Beiben, et al., No. 1:25-cv-10218 (VSB)

**Individual Defendants' Letter-Motion for Protective Order Staying Forensic Discovery Pending Motion to Dismiss**

Dear Judge Broderick:

Pursuant to Fed. R. Civ. P. 26(c), Defendants Jeff Beiben, Mark Purificati, Fari Gutierrez, Christian Hogarth, Tiffany Uribe, and David Segovia (collectively, the "Individual Defendants"), appearing pro se, respectfully move for a protective order staying Plaintiff's requested forensic discovery and related discovery activity pending resolution of the Individual Defendants' Rule 12(b)(6) motion to dismiss (the "Motion to Dismiss"). This request is narrow and time-limited: Defendants seek to stay (i) any forensic imaging/inspection of personal devices and accounts, (ii) depositions, and (iii) third-party subpoenas and discovery that depends on forensic protocols, until the pleadings are tested. In the alternative, if the Court concludes a broader stay is appropriate, Defendants request a stay of all discovery and discovery-related obligations pending the Motion to Dismiss.

**PROCEDURAL COMPLIANCE / RULE 37(a)(1) / JOINT LETTER PROCESS**

Defendants understand and respect the Court's procedures for discovery disputes, including the requirement that discovery disputes generally be presented in a single joint letter and that, if an opposing party refuses to participate within 72 hours, a party may submit a letter and attach correspondence reflecting its efforts. Defendants requested a Rule 37 meet-and-confer and proposed a joint submission addressing Plaintiff's demand for forensic inspection before the Motion to Dismiss is decided. A copy of that correspondence is attached as Exhibit A. Because the harm from compelled forensic inspection is immediate and cannot be undone after devices/accounts are imaged, Defendants respectfully request interim relief now, pending the meet-and-confer and the Court's ruling on the Motion to Dismiss.

**THE DISCOVERY AT ISSUE IS EXTRAORDINARY: PLAINTIFF SEEKS FORENSICS TO "DETERMINE" WHETHER FACTS EXIST**