CERTIFICATE OF SERVICE

I certify that on December 22, 2025, I served a true and correct copy of the foregoing document on counsel for Plaintiff, IME WatchDog, Inc., by depositing the same in the United States mail, first-class postage prepaid, addressed as follows:

Emanuel Kataev, Esq.
SAGE LEGAL LLC
18211 Jamaica Avenue
Jamaica, NY 11442-1073

Jamie S. Felsen, Esq.
MILMAN LABUDA LAW GROUP PLLC
3000 Marcus Ave., Suite 3W8
Lake Success, NY 11042

I declare under penalty of perjury that the foregoing is true and correct.
Dated: December 22, 2025
New York, New York
/s/ Mark Purificati
Mark Purificati, pro se
Defendant