UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
IME WATCHDOG, INC., :
                   Plaintiff, :
:
     - against - :         25-CV-10218 (VSB)
:
JEFF BEIBEN, *et al.*, :         **ORDER**
:
                  Defendants. :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

    On December 10, 2025, Plaintiff IME Watchdog, Inc. commenced this action against individual Defendants Jeff Beiben, Mark Purificati, Fari Gutierrez, Christian Hogarth, Tiffany Uribe, and David Segovia (the "Individual Defendants"), and corporate Defendant Direct IME Services LLC ("Direct IME"). (Doc. 1 ("Complaint").) Between December 16 and 18, 2025, Plaintiff served all Defendants with copies of the summons and Complaint, and all Defendants were required to respond to the Complaint between January 5 to 8, 2026. (Docs. 7–11, 13–14.)

    Individual Defendants mailed[1] a "Notice of Motion to Dismiss and Memorandum of Law in Support," (Docs. 17, 21 ("Motion to Dismiss")) and "Letter-Motion for Protective Order Staying Forensic Discovery Pending Motion to Dismiss," (Docs. 18, 20 ("Motion for a Protective Order and Stay")), dated December 22, 2025.[2] The Individual Defendants' Motion to

---

[1] Individual Defendants also electronically filed the Motion to Dismiss and Motion for a Protective Order on January 10, 2026, but the documents were not entered on the docket until January 12, 2026. (Docs. 17–19.) On January 12, 2026, my law clerk delivered the Motion to Dismiss and Motion for a Protective Order, received by the U.S. Court of Appeals Second Circuit Night Depository on December 22, 2025, to Docket Services, which subsequently filed the two motions on the docket on the same day, thus creating duplicate motions on the docket. (*See* Docs. 20–21.)

[2] The Individual Defendants signed the Motion to Dismiss and Motion for a Protective Order and Stay with an "/s." (Motion to Dismiss 2; Motion for a Protective Order and Stay 4.) Individual Defendants are reminded that documents must include a signature block and must set forth the name, address, e-mail address, and telephone number all in

1

Dismiss and Motion for a Protective Order were received by the U.S. Court of Appeals Second Circuit Night Depository on December 22, 2025 at 4:38 PM, (Motion to Dismiss 1; Motion for a Protective Order and Stay 1), but were not filed on the docket because they were not sent to the Office of Pro Se Litigation.[3]

On January 9, 2026, Magistrate Judge Tarnofsky issued an Order extending Defendants' time to respond to the Complaint *nunc pro tunc* until January 23, 2026 and directing Plaintiff to serve a copy of the summons, Complaint, and Magistrate Judge Tarnofsky's Order on the Defendants and file proof of service by January 13, 2026.  (Doc. 15.)

Individual Defendants' Motion to Dismiss and Motion for a Protective Order and Stay both note that this action follows nearly four years of litigation in the Eastern District of New York, *see IME WatchDog, Inc. v. Geraldi, et al.*, No. 22-CV-1032 (PKC) (E.D.N.Y.), where the Plaintiff has received injunctive relief related to alleged misappropriation of Plaintiff's confidential information and trade secrets.  Individual Defendants state that the *Geraldi* action includes "repeated third-party subpoenas to these same individuals beginning in 2023 and continuing into 2025, and extensive forensic activity in the related matter."  (Motion for a Protective Order and Stay 2; *see also* Motion to Dismiss 2.)  The Complaint also alleges that the Defendants in this action violate Judge Chen's preliminary injunctions.  (Compl. ¶¶ 14–25.)

Individual Defendants' Motion to Dismiss and Motion for a Protective Order and Stay correctly note that an LLC such as Direct IME cannot proceed in federal court *pro se* and must

---

compliance with the Federal Rules of Civil Procedure 11(a) and SDNY Electronic Case Filing Rules & Instructions Section 8.

[3] Individual Defendants are reminded that all pro se submissions are accepted by mail, in-person, and by email. Individual Defendants may mail or drop off documents to the Pro Se Intake Unit located at 500 Pearl Street, Room 205, New York, NY 10007 or email documents to ProSe@nysd.uscourts.gov.  After a document is mailed or delivered to the Pro Se Intake Unit for filing, the Clerk's Office staff will scan and docket it onto the court's ECF system.  For more detailed filing instructions, please visit https://www.nysd.uscourts.gov/prose.

be represented by counsel.  (Motion to Dismiss 2; Motion for a Protective Order and Stay 4.) *See Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007) (per curiam) ("[B]oth a partnership and a corporation must appear through licensed counsel, and because a limited liability company is a hybrid of the partnership and corporate forms, . . . a limited liability company also may appear in federal court only through a licensed attorney.").  To date, however, no counsel for Direct IME has filed a notice of appearance or a response to the Complaint.

        Accordingly, it is HEREBY:

        ORDERED that Plaintiff shall respond to Individual Defendants' Motion to Dismiss and Motion for a Protective Order and Stay by **February 2, 2026** and Individual Defendants shall file a reply, if any, by **February 16, 2026**.  The parties are welcome to meet-and-confer and propose a revised briefing schedule.

        IT IS FURTHER ORDERED that Direct IME is instructed to retain counsel and file a response to the Complaint by **January 23, 2026**.

        IT IS FURTHER ORDERED that the parties shall meet-and-confer and file a letter, no later than **February 2, 2026** regarding whether this action should be transferred to the Eastern District of New York or consolidated with *IME WatchDog, Inc. v. Geraldi, et al.*, No. 22-CV-1032 (E.D.N.Y.).

        The Clerk of Court is respectfully directed to terminate the motions at Doc. 17 and Doc. 18 because of the duplicate motions filed at Doc. 20 and Doc. 21.

        The Clerk of Court is also respectfully directed to mail copies of this Order to Defendants' addresses listed in Docs. 7–11, 13–14.

SO ORDERED.

Dated: January 12, 2026
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge