UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IME WATCHDOG, INC.,

                    Plaintiff,

    -against-

JEFF BEIBEN, MARK PURIFICATI, FARI GUTIERREZ, CHRISTIAN HOGARTH, TIFFANY URIBE, DAVID SEGOVIA, and DIRECT IME SERVICES LLC,

                    Defendants.
------------------------------------------------------------------X

Case No.: 1:25-cv-10218 (VSB) (RFT)

**DECLARATION OF EMANUEL KATAEV, ESQ. AS TO SERVICE AS REQUIRED BY THIS COURT'S ORDER DATED JANUARY 9, 2026**

Emanuel Kataev, Esq., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am admitted to practice before this Court and am a member of Sage Legal LLC, who – together with Milman Labuda Law Group PLLC – are the attorneys for Plaintiff in this case.

2. As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the file maintained by this office.

3. On January 9, 2026, I caused all Defendants to be sent hard copies of the summons, Complaint, and this Court's Order dated January 9, 2026, via certified mail. A copy of proof of mailing is annexed hereto as **Exhibit "A."**

4. On January 12, 2026, I caused all Defendants to be emailed copies of the summons, Complaint, and this Court's Order dated January 9, 2026. A copy of this email is annexed hereto as **Exhibit "B."**

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 13, 2026.

                                                     /s/ Emanuel Kataev, Esq.
                                                     Emanuel Kataev, Esq.