# Emanuel Kataev

| | |
|---|---|
| **From:** | Cuttermill Mailroom <mailserver@notify.postalmate.net> |
| **Sent:** | Monday, January 12, 2026 6:12 PM |
| **To:** | Emanuel Kataev |
| **Subject:** | Cuttermill Mailroom Receipt |
| **Attachments:** | logo.jpg |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

**Caution:** This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe



**e-Receipt**

```
                Cuttermill Mailroom
                16 Middle Neck Road
                Great Neck, NY 11021
                Tel: (516) 829-7447
                Fax: (516) 829-7201
         Email: sales@cuttermillmailroom.com
               www.cuttermillmailroom.com




    Shipment--------------------
       USPS First Class Mail Flat
       Ship To:
          Direct IME Services LLC
          1733 WOODLARK WAY
          WINTER GARDEN, FL 34787-5344
```

1

```
   Package ID: 560210            12.34
   Tracking #:  9407111899561919275930
   Certified              [$6.60]
Shipment--------------------
   USPS First Class Mail Flat
   Ship To:
      JEFF BEIBEN
      5826 83RD PL
      MIDDLE VLG, NY 11379-5415
   Package ID: 560214            12.34
   Tracking #:  9407111899561919275084
   Certified              [$6.60]
Shipment--------------------
   USPS First Class Mail Flat
   Ship To:
      FARI GUTIERREZ
      8117 102ND RD APT 1
      OZONE PARK, NY 11416-2063
   Package ID: 560224            12.34
   Tracking #:  9407111899561919272069
   Certified              [$6.60]
Shipment--------------------
   USPS First Class Mail Flat
   Ship To:
      CHRISTIAN HOGARTH
      7901 4TH AVE APT F3
      BROOKLYN, NY 11209-3916
   Package ID: 560225            12.34
   Tracking #:  9407111899561919272571
   Certified              [$6.60]
Shipment--------------------
   USPS First Class Mail Flat
   Ship To:
      MARK PURIFICATI
      5019 104TH ST
      CORONA, NY 11368-3126
   Package ID: 560227            14.02
   Tracking #:  9407111899561919270737
   Certified              [$6.60]
Shipment--------------------
   USPS First Class Mail Flat
   Ship To:
      DAVID SEGOVIA
      8521 LEFFERTS BLVD APT D5
      KEW GARDENS, NY 11415-3021
   Package ID: 560233            14.02
   Tracking #:  9407111899561919270003
   Certified              [$6.60]
Office Suppli  7 @ 1.50       10.50 TX
Copies        203 @ 0.25      50.75 TX

   SUBTOTAL                   138.65
   TAX
   State Tax on 61.25           5.28
   TOTAL                      143.93
TEND Visa                     143.93

Total shipments: 6
EMANUEL KATAEV, ESQ.: SAGE LEGAL LLC
                             01/12/2026
#227636                       06:11 PM
Workstation: 21 - Auxiliary Workstation 21
```

2

```
CCTran# 1bed8e1d-18a8-4762-b3f0-a1e5e1d7350e




      *******************************************
          All Claims or Damages must be made in
          writing to Cuttermill Mailroom within
             10 Days of Receipt of Packages.
      *******************************************
                Thank you for your business!
      *******************************************
```

3