**Monday, January 12, 2026 at 13:38:14 Eastern Standard Time**

| | |
|---|---|
| **Subject:** | IME WatchDog, Inc. v. Beiben |
| **Date:** | Monday, January 12, 2026 at 1:23:30 PM Eastern Standard Time |
| **From:** | Alivia Cooney |
| **To:** | christianhogarth@yahoo.com, fgten03@yahoo.com, FGTEN03@GMAIL.COM, markpurificati@yahoo.com, markpurifi@aol.com, segoviadavid@me.com, segoviadavid@mac.com, DAVID_SEGOVIA@YAHOO.COM, DAVID_SEGOVIA2002@GMAIL.COM, Tiffanyuribe@hotmail.com, jeffelant@aol.com |
| **CC:** | Emanuel Kataev |
| **Attachments:** | 2026-01-09 Combined Service File.pdf |

## <u>SENT ON BEHALF OF EMANUEL KATAEV, ESQ. OF SAGE LEGAL LLC</u>

Hello:

Please see attached.

Alivia Cooney
Paralegal
Sage Legal LLC