UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**IME WATCHDOG, INC.**
Plaintiff,

v.

**Direct IME Services LLC, et al.,**
Defendants.

**Case No.: 1:25-cv-10218 (VSB)**

> This matter is referred to me for general pretrial supervision, and the pending motion for an extension of time (ECF 24) falls within the scope of that reference. The application is GRANTED, and Direct IME Services LLC shall have until **February 23, 2026** to retain counsel and respond to the Complaint. I do not anticipate further extensions of this deadline. All other deadlines in this matter remain in place.
>
> The Clerk of Court is respectfully requested to terminate ECF 24.
>
> Dated: January 27, 2026     SO ORDERED.
>      New York, NY
>                    _____
>                    Robyn F. Tarnofsky
>                    United States Magistrate Judge

**LETTER MOTION FOR EXTENSION OF TIME TO RETAIN COUNSEL**

Dear Judge Broderick:

I write as a pro se individual defendant to respectfully request a brief extension of time for Defendant Direct IME Services LLC to retain counsel, as directed by the Court's January 12, 2026 Order.

Since the Court issued that Order, I have been actively contacting and consulting with prospective counsel regarding representation for the LLC. Additional time is needed to complete consultations and finalize the retention of counsel for the LLC.

I respectfully request a 30-day extension of time to allow counsel to formally appear on behalf of the LLC. This request is made in good faith and solely to ensure compliance with the Court's Order and to avoid any unnecessary procedural issues. If counsel is retained sooner, I will promptly notify the Court and have counsel appear without delay.

Granting this brief extension will not prejudice Plaintiff and will promote the efficient and orderly progress of the case, which is already proceeding on a briefing schedule for the pending Motion to Dismiss.

Thank you for the Court's time and consideration.

Respectfully submitted,

Mark Purificati
Pro se Defendant
Owner, Direct IME Services LLC
January 20, 2026