UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IME WATCHDOG, INC.,

                Plaintiff,

    -against-

JEFF BEIBEN, et al.,

                Defendants.

25-CV-10218 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The order at ECF 26 is withdrawn. Individual Defendants' motion to file a supplemental memorandum of law in support of their motion to dismiss is GRANTED. The supplemental memorandum of law submitted at ECF 27 is deemed filed as of January 29, 2026. The deadlines set forth in Judge Broderick's order at ECF 25 remain in effect.

Dated: January 30, 2026
       New York, NY

SO ORDERED,

*/s/ Robyn F. Tarnofsky*
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**