Law Offices of Jared M. Lefkowitz
880 Third Avenue, 5th Floor
New York, NY 10022
T (212) 682-1440
F (917) 591-8991
JMLefLaw@Gmail.com
*Attorney for Defendant*
*Direct IME Services LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

| | |
|---|---|
| IME WATCHDOG, INC, | Case No. 25 cv 10218 |
| Plaintiff, | |
| - against - | |
| JEFF BEIBEN, MARK PURIFICATI, FARI GUTIERREZ, CHRISTIAN HOGARTH, TIFFANY URIBE, DAVID SEGOVIA, and DIRECT IME SERVICES LLC, | **NOTICE OF APPEARANCE** |
| Defendants. | |

-------------------------------------------------X

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance on behalf of Defendant Direct IME Services LLC. I certify that

I am admitted to practice in this Court.


Dated:  New York, NY
        February 20, 2026

                                                    LAW OFFICES OF
                                                    JARED M. LEFKOWITZ

                                                    By____*jared lefkowitz*____
                                                    Jared M. Lefkowitz
                                                    880 Third Avenue, 5th Floor
                                                    New York, NY 10022
                                                    (212) 682-1440
                                                    JMLefLaw@Gmail.com