UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
IME WATCHDOG, INC,                          Case No. 25 cv 10218

        Plaintiff,

- against -

JEFF BEIBEN, MARK PURIFICATI,
FARI GUTIERREZ, CHRISTIAN HOGARTH,      **NOTICE OF MOTION**
TIFFANY URIBE, DAVID SEGOVIA, and
DIRECT IME SERVICES LLC,
        Defendants.
-------------------------------------------------X

**PLEASE TAKE NOTICE:**

        **UPON**, the Notice of Motion and supporting papers previously submitted by the Individual Defendants herein, ECF#'s 21 and 27, and the other papers and proceedings herein, before the Honorable Vernon S. Broderick, United States District Judge for the Southern District of New York, at the courthouse located at 40 Foley Square, on a date and time to be set by the Court, Defendant Direct IME Services LLC joins in the motion to dismiss the Complaint in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated:   New York, NY
          February 20, 2026

                                                       LAW OFFICES OF
                                                       JARED M. LEFKOWITZ

                                                       By _/s/ Jared Lefkowitz_
                                                       Jared M. Lefkowitz
                                                       880 Third Avenue, 5th Floor
                                                       New York, NY 10022
                                                       (212) 682-1440
                                                       JMLefLaw@Gmail.com