UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
IME WATCHDOG, INC.,                                          :
:
                               Plaintiff,            :
:                 25-CV-10218 (VSB)
          -against-                              :
:             **AMENDED ORDER OF**
JEFF BEIBEN, *et al*.,                                       :                     **REFERENCE**
:
                              Defendants.           :
:
------------------------------------------------------------ X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      The above-entitled action is referred to the designated Magistrate Judge for the following purposes:

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| _X_ | Specific Non-Dispositive Motion/Dispute:<br>Doc. 18 Motion for Protective Order Staying Discovery | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ____ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ____ | Habeas Corpus |
| ____ | Settlement | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | _X_ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motion:<br>Doc. 17 Motion to Dismiss<br>Doc. 32 Motion to Dismiss |

SO ORDERED.
Dated:     February 24, 2026
             New York, New York

                                                                  Vernon S. Broderick
                                                                  United States District Judge