UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IME WATCHDOG, INC., <br><br> Plaintiff, <br><br> -against- <br><br> JEFF BEIBEN, et al., <br><br> Defendants. | 25-CV-10218 (VSB) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On January 27, 2026, Judge Vernon S. Broderick ordered the parties to, among other actions, meet and confer and file a letter by February 23, 2026 regarding whether this action should be transferred to the Eastern District of New York or consolidated with *IME WatchDog, Inc. v. Geraldi, et al.*, No. 22- CV-1032 (E.D.N.Y.) (Chen, J.) (the "Related Case"). (ECF 25.) On February 13, 2025, Plaintiff filed a status report Indicating that it submits that "it would not be appropriate to consolidate this case with the Related Case or to transfer this case to the United States District Court for the Eastern District of New York," because "discovery in the Related Case has long ago concluded," and "Judge Chen issued case-ending sanctions such that there is a finding of liability against the Gelardi Defendants with the only issue remaining to be decided being the damages to award Plaintiff." (ECF 29.) Plaintiff appears not to have met and conferred on this issue with Defendants. Moreover, Plaintiff's status update indicates that, while discovery may be complete and case-ending sanctions were issued in the Related Case, the case is not yet over, in that Judge Chen will be holding a hearing on an order to show cause why an order should not be issued that, among other provisions, would require Defendants in this action to "make all electronic accounts that are in their custody or control and on which they stored

information regarding Plaintiff's trade secrets and confidential or proprietary information available and accessible to Plaintiff (including providing relevant passwords) to inspect to ensure Plaintiff's trade secrets and confidential and proprietary information is secure and has not been improperly copied or distributed and to determine all violations of this Court's Orders" – a provision that on its face would appear to overlap with the discovery that would be exchanged in this case. (*Id.* Ex. A, Order To Show Cause.) Accordingly, Plaintiff is ORDERED, by **March 6, 2026,** to meet and confer with Defendants in this action and to file a letter on the docket in this case and in the Related Case addressing the position of all parties in this case on whether transfer to the Eastern District of New York or consolidation with the Related Case is appropriate, particularly in light of the order to show cause hearing scheduled in the Related Case.

Dated: February 27, 2026
New York, NY

SO ORDERED,

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**