# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

March 9, 2026

<u>**VIA ECF**</u>
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Robyn F. Tarnofsky, U.S.M.J.
500 Pearl Street, Courtroom 9B
New York, NY 10007-1312

> *Re:* **IME WatchDog, Inc. v. Beiben, *et al.***
> **Case No.: 1:25-cv-10218 (VSB) (RFT)**

Dear Judge Tarnofsky:

This firm, together with Milman Labuda Law Group PLLC ("MLLG"), represents Plaintiff IME WatchDog, Inc. (the "Plaintiff") in the above-referenced case. Plaintiff writes to respectfully request a brief four (4) day adjournment of its deadline to oppose the Defendants' motions to dismiss[1] and for a protective Order issuing a stay of discovery.

Consistent with ¶ 1(E) of this Court's Individual Practices in Civil Cases, (1) the original date opposition is due falls on today's date, March 9, 2026; (2) there have been no previous requests for an extension of this deadline; and (3) Defendants consent to this request so long as opposition is filed by Friday, March 13, 2026 at 5:00 PM and Defendants receive a reciprocal amount of time to file reply papers.

The reason for Plaintiff's request is because its undersigned counsel at MLLG was engaged in an arbitration hearing all of last week while its counsel at Sage Legal LLC is stranded outside of the State of New York today due to a cancelled flight. Due to these unforeseeable circumstances, Defendants' consent, and the Second Circuit's preference for resolving cases on the merits, Plaintiff respectfully submits that good cause exists for the requested extension of time.

In light of the foregoing, Plaintiff respectfully submits that sufficient good cause and excusable neglect exists warranting this Court's exercise of discretion in favor of granting the requested extension of time. <u>See</u> Fed. R. Civ. P. 6(b)(1)(B).

Plaintiff thanks this honorable Court for its time and attention to this case.

---

[1] Defendants' motion to dismiss is before this Court on referral by the Hon. Vernon S. Broderick, U.S.D.J. <u>See</u> ECF Docket Entry <u>33</u>.

Dated: Lake Success, New York
       March 9, 2026

                              Respectfully submitted,

                              **MILMAN LABUDA LAW GROUP PLLC**

                              *_/s/ Jamie S. Felsen, Esq.*
                              Jamie S. Felsen, Esq.
                              3000 Marcus Avenue, Suite 3W8
                              Lake Success, NY 11042-1073
                              (516) 328-8899 (office)
                              (516) 303-1391 (direct dial)
                              (516) 328-0082 (facsimile)
                              jamiefelsen@mllaborlaw.com

Dated: Jamaica, New York
       March 9, 2026

                              **SAGE LEGAL LLC**

                              */s/ Emanuel Kataev, Esq.*
                              Emanuel Kataev, Esq.
                              18211 Jamaica Avenue
                              Jamaica, NY 11423-2327
                              (718) 412-2421 (office)
                              (917) 807-7819 (cellular)
                              (718) 489-4155 (facsimile)
                              emanuel@sagelegal.nyc

                              *Attorneys for Plaintiff*
                              *IME WatchDog, Inc.*

**VIA ECF**
All counsel of record