UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IME WATCHDOG, INC.,

                      Plaintiff,

    -against-

JEFF BEIBEN, MARK PURIFICATI, FARI GUTIERREZ, CHRISTIAN HOGARTH, TIFFANY URIBE, DAVID SEGOVIA, and DIRECT IME SERVICES LLC,

                      Defendants.
------------------------------------------------------------------X

Case No.: 1:25-cv-10218 (VSB) (RFT)

**DECLARATION OF JAMIE S. FELSEN, ESQ. IN OPPOSITION TO MOTION TO DISMISS**

    Jamie S. Felsen, Esq., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

    1.    I am admitted to practice before this Court and am a member of Milman Labuda Law Group PLLC who, together with Sage Legal LLC, are the attorneys for Plaintiff in this case.

    2.    As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the file maintained by this office.

    3.    Annexed hereto as **Exhibit A** is the entity information on the New York Department of State's website confirming that Client Exam Services LLC was formed on March 16, 2023.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on March 13, 2026.

                                                                          */s/ Jamie S. Felsen Esq.*
                                                                          Jamie S. Felsen, Esq.