# EXHIBIT A

An official website of New York State.
Here's how you know



# Department of State
## Division of Corporations

## Entity Information

Return to Results    Return to Search

### Entity Details

**ENTITY NAME:** CLIENT EXAM SERVICES LLC
**DOS ID:** 6766214
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** LIMITED LIABILITY COMPANY LAW - 203 LIMITED LIABILITY COMPANY LAW - LIMITED LIABILITY COMPANY LAW
**ENTITY STATUS:** INACTIVE
**DATE OF INITIAL DOS FILING:** 03/16/2023
**REASON FOR STATUS:** VOLUNTARILY DISSOLVED
**EFFECTIVE DATE INITIAL FILING:** 03/16/2023
**INACTIVE DATE:** 03/11/2025
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** NOT REQUIRED
**COUNTY:** NEW YORK
**NEXT STATEMENT DUE DATE:**
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

**ENTITY DISPLAY**    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

#### Service of Process on the Secretary of State as Agent

The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:

**Name:** THE LIMITED LIABILITY COMPANY
**Address:** 228 PARK AVE S #814495, NEW YORK, NY, UNITED STATES, 10003

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

#### Chief Executive Officer's Name and Address

**Name:**
**Address:**

#### Principal Executive Office Address

**Address:**

#### Registered Agent Name and Address

**Name:** UNITED STATES CORPORATION AGENTS, INC.

**Address:** 7014 13TH AVENUE , SUITE 202, BROOKLYN, NY, 11228

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |