Case 1:25-cv-10218-VSB-RFT    Document 42-3    Filed 03/27/26    Page 1 of 3

# Francis Pflum, M.D.
## Diplomate American Board of Orthopedic Surgery

D&D Associates
PO Box 9150
Garden City, NY 11530

| | |
|---|---|
| DOE: | June 13, 2025 |
| RE: | Jeannie Tam |
| CLAIM#: | TA202207080011001 |
| DOA: | May 10, 2022 |
| D&D #: | 22725012497-1 |

To whom it may concern:

I am a Board-Certified Orthopedic Surgeon, licensed to practice medicine in the State of New York. I evaluated the above claimant in the New York office on June 13, 2025. Valid photo identification was presented by the claimant. She is accompanied by legal representative, Mark Purificati.

**History as:**
The claimant was advised not to provide any information regarding the accident. The following information was obtained from the medical records.

The claimant was reportedly tripped and fell on wet pavement and landed on her left knee. The injury occurred on May 10, 2022. The claimant reportedly sustained left patella fracture and underwent ORIF on July 15, 2022.

**Present Complaints:**
The claimant reports pain in the left knee.

**Unrelated Medical and Surgical History:**
The claimant was advised not to provide any information.

**Subsequent Accidents/Injuries:**
The claimant was advised not to provide any information.

**Present Medications:**
The claimant was advised not to provide any information.

**Occupational Status:**
The claimant was advised not to provide any information.

Case 1:25-cv-10218-VSB-RFT   Document 42-3   Filed 03/27/26   Page 2 of 3

**Claimant Name:** Jeannie Tam
**Date of Evaluation:** June 13, 2025
- 2 -

## Review of Medical Records:

1. Plaintiff's Verified Bill of Particulars
2. Black and white photo copy of the vehicle
3. Operative report of the left knee, from Dr. Toni McLaurin, dated 7/15/22
4. X-ray report of the left knee, dated 7/15/22
5. X-ray report of the left knee, dated 8/30/22
6. Prehospital care report dated 7/8/22
7. Medical records from Bellevue Hospital, dated 7/8/22 and 7/15/22
8. X-ray report of the left knee, dated 7/8/22
9. CT scan report of the left knee, dated 7/8/22
10. Office visit report, from Bellevue Hospital, dated 7/12/22-8/2/22
11. Electrocardiogram (ECG) study report, from Bellevue Hospital, dated 7/12/22
12. Anesthesia record from Dr. Toni McLaurin, dated 7/15/22
13. Initial evaluation report, from City Physical Therapy P.C., dated 8/5/22
14. Daily notes from City Physical Therapy P.C., dated 8/9/22-8/23/22

## Physical Examination:

The claimant reports she is a ██ year-old, right-hand female. She stands 5 feet 6 inches tall and weighs 165 pounds. Gait is normal. She is not using or wearing any assistive or supportive devices.

Range of motion degrees are according to the AMA Guidelines 5th Edition, and were measured with a goniometer and visual inspection.

The range of motion of the examined body parts were performed by the claimant. This is a subjective maneuver on the part of the claimant. The measurement itself is, therefore, an objective measurement of the claimant's subjective efforts.

**Left Hip:** Examination of the left hip demonstrates no evidence of deformity or swelling. There is no tenderness to palpation. Muscle strength is 5/5 (5/5 normal). There is no instability or crepitus. There is no thigh atrophy.

## Range of motion:

Flexion: 100 degrees (100 degrees normal)
Extension: 30 degrees (30 degrees normal)
Abduction 40 degrees (40 degrees normal)
Adduction: 20 degrees (20 degrees normal)
Internal rotation 40 degrees (40 degrees normal)
External rotation 50 degrees (20 degrees normal)

Case 1:25-cv-10218-VSB-RFT    Document 42-3    Filed 03/27/26    Page 3 of 3

**Claimant Name:**      Jeannie Tam
**Date of Evaluation:** June 13, 2025
- 3 -

**Left Knee:** There is a well healed 4-inch scar noted. Examination of the knee reveals no redness or swelling. There is no complaint of tenderness on palpation. There is no evidence of crepitus. Anterior/posterior drawer tests are negative. McMurray Test is negative. There is no ligamentous instability. There is no evidence of atrophy. Muscle tone and bulk are normal.

**Range of motion:**
Flexion 135 degrees (150 degrees normal)
Extension 0 degrees (0 degrees normal)

**Diagnoses:**
1. Status post left patella fracture treated with ORIF, objectively healed

**ATTESTATION:**
I, Francis Pflum, MD, being a physician duly licensed to practice medicine in the State of New York, and am not a party to the above-entitled action, pursuant to CPLR Section 2106, hereby affirms under the penalty of perjury that the statements contained herein are true and accurate. The above-captioned claimant was examined in accordance with the restrictive rules concerning an independent medical examination. It is therefore understood that no doctor-patient relationship exists or is implied by this examination.

Sincerely;

Francis Pflum, M.D.

Diplomate of American Board of Orthopedic Surgeons
WCB# 127480
FP/MH/rp/mb