NYSCEF - New York State Courts Electronic Filing  (Live System)

## 152154/2022 - New York County Supreme Court

Short Caption:  **DONNA PETTY v. PASTA LA VISTA, INC. et al**
Case Type: **Torts - Other Negligence (Premises Liability)**
Case Status: **Disposed**
eFiling Status:  **Full Participation Recorded**
Assigned Judge: **Dakota D. Ramseur**

E-mail Participating Parties

**Full Caption**
Donna Petty as Executrix of the Estate of JAMES KELLY v. Pasta La Vista, Inc. ,
INDIVIDUALLY AND DOING BUSINESS AS PAZZA NOTTE, The Claridge'S
Company, Llc, Donald Zucker Company, Llc

**Plaintiffs/Petitioners**

| Name | Represented By |
|---|---|
| Donna Petty as Executrix of the Estate of JAMES KELLY | BEATTY, KATHLEEN E on 03/11/2022<br>Kathleen Law P.C. |
| | GERSCHMAN, NICHOLAS JOHAN TORE on 02/02/2023<br>MORGAN & MORGAN NEW YORK PLLC |

**Defendants/Respondents**

| Name | Represented By |
|---|---|
| PASTA LA VISTA, INC. , INDIVIDUALLY AND DOING BUSINESS AS PAZZA NOTTE | Shinbaum, Bari Robyn on 05/27/2022<br>Law Office of Manson & McCarthy |
| THE CLARIDGE'S COMPANY, LLC | BERMACK, SCOTT W on 03/22/2024<br>Weber Gallagher |
| | SANDS, JOSEPH WILLIAM on 05/06/2022<br>Law Offices of Leon R. Kowalski |
| DONALD ZUCKER COMPANY, LLC | BERMACK, SCOTT W on 03/22/2024<br>Weber Gallagher |
| | SANDS, JOSEPH WILLIAM on 05/06/2022<br>Law Offices of Leon R. Kowalski |

**Authorized Agents**

| Attorney Name | Authorized Agent | Authorization Date | Revocation Date |
|---|---|---|---|
| KATHLEEN E BEATTY | Executive Attorney Service, Inc. | 4/12/2022 | |
| Bari Robyn Shinbaum | Lexitas | 12/17/2025 | |