Case 1:25-cv-10218-VSB-RFT    Document 42-5    Filed 03/27/26    Page 1 of 1

**NeuroSage, LLC**
Brian H. Kopell M.D.
2 Fifth Avenue #45
New York, NY 10011

<u>Independent Medical Examination</u>

April 4, 2024

Jerry Lynch, Esq
Weber Gallagher Simpson Stapleton Fires & Newby LLP
1500 Broadway #2401
New York, NY
(929) 342-6000
jlynch@wglaw.com

Plaintiff: James Kelly
DOB: ████████
Index No: 152154/2022
DOI: 10/10/2019

Dear Mr. Lynch,

Thank you for allowing me to see **James Kelly** for an independent medical examination. I have personally reviewed the provided medical records and rendered the below opinions with a high degree of medical certainty. Mr. Christopher Grimes, Mr. Kelly's legal representative from IME WatchDog was present at the time of the IME.

**<u>Chief complaint/History of present illness</u>:**

James Kelly is a 75-year-old right-handed male who was involved in a trip and fall on 10/10/2019.

Also, according to the bill of particulars, Mr. Kelly subsequently alleges the following injuries:

- o Cervical Spine:
    - ▪ Interval mild expansion of the cord at C4 and C5 levels with altered signal intensities within the cord which has progressed since the prior study;
    - ▪ Focal spinal canal narrowing at the level the superior endplate of C5;