LAW OFFICES OF
# JARED M. LEFKOWITZ

| | | |
|---|---|---|
| 880 Third Avenue | Tel (212) 682-1440 | 26 Park Street |
| 5th Floor | Fax (917) 591-8991 | Suite 2211 |
| New York, NY 10022 | JMLefLaw@gmail.com | Montclair, NJ 07042 |

March 30, 2026

**BY ECF**

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square, Room 415
New York, NY 10007

> Re:    IME Watchdog, Inc. v. Jeff Bieben, et al
>         Case No. 25 cv 10218

Dear Judge Broderick:

I represent Defendant Direct IME Services LLC ("Direct"). Defendants' reply on the motion to dismiss was due on March 27, 2026, and individual Defendant Mark Purificati (who is pro se) timely submitted his papers to the pro se office for filing. The reply memo of law was uploaded today (Docket #43). Apparently there was a formatting issue with his accompanying Declaration so it was not uploaded. I am attaching it hereto as a courtesy and to expedite the process.

Respectfully submitted,

*jared lefkowitz*
Jared Lefkowitz