UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

IME WatchDog, Inc.,

Plaintiff,

v.

Jeff Beiben, Mark Purificati, et al.,

Defendants.

Case No. 1:25-cv-10218 (VSB) (RFT)

## DECLARATION OF MARK PURIFICATI

I, Mark Purificati, declare as follows:

1.  I am a Defendant in the above-captioned action and submit this declaration based on my personal knowledge.

2.  I did not perform any Independent Medical Examination ("IME") on June 13, 2025 for an individual named Jeannie Tam.

3.  I have never worked for, been retained by, or provided any services to Morgan & Morgan in any capacity.

4.  I have no record, recollection, or involvement in any IME associated with Morgan & Morgan relating to Jeannie Tam on or about June 13, 2025.

5.  I make this declaration to clarify the record and to respond to allegations suggesting my involvement in such an IME.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 26, 2026

New York, New York

Mark Purificati