UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IME WATCHDOG, INC., Plaintiff, - against - JEFF BEIBEN, *et al.*, Defendants. | 25-CV-10218 (VSB) **OPINION & ORDER** |

Appearances:

Jamie S. Felsen
Milman Labuda Law Group PLLC
Lake Success, NY

Emanuel Kataev
Sage Legal LLC
Jamaica, NY
*Counsel for Plaintiff*

Jared M. Lefkowitz
Law Offices of Jared M. Lefkowitz
New York, NY
*Counsel for Defendants*

VERNON S. BRODERICK, United States District Judge:

On December 10, 2025, Plaintiff IME WatchDog, Inc. ("Watchdog") commenced this action against Defendants Jeff Beiben, Mark Purificati, Fari Gutierrez, Christian Hogarth, Tiffany Uribe, and David Segovia (together, the "Individual Defendants") and Direct IME Services LLC ("Direct IME"), (collectively "Defendants") alleging violations of the Defend Trade Secrets Act of 2016, 18 U.S.C. § 1836 ("DTSA"), and for New York misappropriation of trade secrets, unfair competition, unjust enrichment, civil conspiracy, and conversion. (Doc. 1 ("Complaint").)

On January 10, 2026, the Individual Defendants filed a motion to dismiss the Complaint, (Doc. 17), and a separate letter-motion for a protective order to stay "forensic discovery" until the motion to dismiss was resolved, (Doc. 18). On January 23, 2026, Individual Defendants filed a letter-motion for leave to file a supplemental memorandum in further support of their motion to dismiss, (Doc. 27), which was granted as deemed filed by Magistrate Judge Robyn F. Tarnofsky on January 30, 2026, (Doc. 28). On February 20, 2026, Direct IME timely joined Individual Defendants' motion to dismiss. (Doc. 32.) On February 24, 2026, I referred the motions to dismiss and the motion for protective order to Magistrate Judge Tarnofsky for a Report and Recommendation. (Doc. 33.) On March 13, 2026, Plaintiff filed its opposition papers to the motions to dismiss and the letter-motion for a protective order staying discovery. (Doc. 40.) On March 27, 2026, Direct IME submitted a reply affirmation, (Doc. 42), and Individual Defendants submitted a memorandum in further support of their motion to dismiss and motion for a protective order, (Doc. 43).

On July 30, 2026, Magistrate Judge Tarnofsky issued a thorough 34-page report and recommendation granting Defendants' motion for a protective order staying discovery and recommending that I dismiss without prejudice Plaintiff's "claims for violation of the DTSA, including for injunctive relief under the DTSA, and for New York law misappropriation of trade secrets, unfair competition, civil conspiracy, and conversion" and dismiss with prejudice Plaintiff's "claim for New York law unjust enrichment." (Doc. 45 ("Report and Recommendation" or "R&R") at 32.) Magistrate Judge Tarnofsky further recommends that if I adopt her recommendation, Plaintiff should be permitted to file an amended complaint within thirty days, and if Plaintiff does not file an amended complaint that attempts to plead a claim under the DTSA, that I should decline to exercise supplemental jurisdiction over any state law

claims included in the amended complaint. (*Id.* at 33.) Neither party filed any objections to the Report and Recommendation.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "To accept the report and recommendation of a magistrate, to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Nelson v. Smith*, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985).

Although the Report and Recommendation explicitly provided that "[t]he parties shall have fourteen days from the service of this Report and Recommendation to file written objections pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure" and "[t]he failure to file these timely objections will result in a waiver of those objections for purposes of appeal," (R&R at 33–34), neither party filed an objection or requested additional time to do so. I have reviewed Magistrate Judge Tarnofsky's detailed and well-reasoned Report and Recommendation for clear error and, after careful review, find none. I therefore ADOPT the Report and Recommendation in its entirety.

Defendants' motions to dismiss are GRANTED. Plaintiff is permitted to file an amended complaint by October 12, 2026. If Plaintiff does not file an amended complaint that attempts to plausibly plead a claim under the DTSA by October 12, 2026, I will dismiss the DTSA claim, decline to exercise supplemental jurisdiction over any state claims, and dismiss the state claims without prejudice to refiling in state court.

The Clerk of the Court is respectfully directed to terminate the open motions at Doc. 17 and Doc. 32.

SO ORDERED.

Dated: September 11, 2026
New York, New York

Vernon S. Broderick
United States District Judge