UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IME WATCHDOG, INC.,

Plaintiff,

- against -

JEFF BEIBEN, *et al.*,

Defendants.

25-CV-10218 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

On September 11, 2026, I issued an Order and Opinion adopting Magistrate Judge Tarnofsky's Report and Recommendation, (Doc. 45), in its entirety and granted the motions to dismiss of Defendants Jeff Beiben, Mark Purificati, Fari Gutierrez, Christian Hogarth, Tiffany Uribe, and David Segovia (together, the "Individual Defendants") and Direct IME Services LLC ("Direct IME"), (Docs. 17, 32). (Doc. 46.) I granted Plaintiff IME Watchdog, Inc. ("Plaintiff") leave to file an amended complaint and provided notice that "[i]f Plaintiff does not file an amended complaint that attempts to plausibly plead a claim under the Defend Trade Secrets Act of 2016, 18 U.S.C. § 1836 ("DTSA") by October 12, 2026, I will dismiss the DTSA claims, decline to exercise supplemental jurisdiction over any state claims, and dismiss the state claims without prejudice to refiling in state court." (*Id.* at 3.) Plaintiff has not filed an amended complaint.

In accordance with my September 11, 2026 Order and Opinion, Plaintiff's DTSA claim is now dismissed with prejudice. I also decline to exercise supplemental jurisdiction over Plaintiff's state law claims, which are now dismissed without prejudice to refiling in state court. The Clerk of the Court is respectfully directed to terminate this action.

SO ORDERED.

Dated: October 14, 2026
New York, New York

VERNON S. BRODERICK
United States District Judge